August 9, 1968
### Buck v. Siengo et ux., Appellants.

Argued June 10, 1968. *Peter Verderame,* with him *Sirott & Verderame,* for appellants; *Michael A. Davis,* with him *William L. Goldman,* for appellee.

Judgment affirmed.

### Chiardio, Appellant, v. John Vena, Inc.

Argued June 14, 1968. *A. A. Guarino,* for appellant; *Raymond J. Porreca,* for appellees.

Order affirmed.